# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 21-22790-CIV-SCOLA/GOODMAN

MICHELLE HERNÁNDEZ, individually, and on behalf of others similarly situated,
Plaintiff,

Plaintiff,

v.

KENDALL CREDIT AND BUSINESS SERVICE, INC.,

Defendant.
_____/

## STIPULATION OF DISMISSAL

Plaintiff, MICHELLE HERNÁNDEZ, and Defendant, KENDALL CREDIT AND BUSINESS SERVICE, INC., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of this action, with each party to bear her or its own attorney's fees and costs.

| | |
|---|---|
| Dated: November 29, 2021 | Respectfully submitted, |
| */s/ Alexander James Taylor* | */s/ Matthew L. Lines* |
| Alexander James Taylor, Esq. | Matthew L. Lines |
| Florida Bar No. 1013947 | Florida Bar No. 0243980 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, Ltd. | ISICOFF RAGATZ |
| 2500 S. Highland Ave., Ste. 200 | 601 Brickell Key Drive |
| Lombard, IL 60148 | Suite 750 |
| Telephone: (630) 575-8181 | Miami, Florida 33131 |
| Facsimile: (630) 575-8188 | Tel.: (305) 373-3232 |
| Email: ataylor@sulaimanlaw.com | Fax: (305) 373-3233 |