United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Michelle Hernandez, Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 21-22790-Civ-Scola |
| Kendall Credit and Business Service, Inc., Defendant. | ) | |

## Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal with Prejudice, ECF No. 9.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on December 5, 2021.

_____
Robert N. Scola, Jr.
United States District Judge